# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| NORTH SHORE PHYSICAL WELLNESS, LTD., on behalf of plaintiff and the class members defined herein, | ) ) ) ) ) | |
| Plaintiff, | ) ) | 17 C 3677 |
| v. | ) ) | Judge Guzman |
| | ) | Magistrate Judge Cox |
| ELGINEX CORPORATION, and JOHN DOES 1-10, | ) ) ) | |
| Defendants. | ) | |

## NOTICE OF SETTLEMENT

Plaintiff North Shore Physical Wellness, Ltd. and Defendant Elginex Corporation have resolved this matter on an individual basis. The parties anticipate filing a stipulation of dismissal within the next 45 days.

                                                                                                            Respectfully submitted,

                                                                                                            s/ Heather Kolbus
                                                                                                            Heather Kolbus

Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, IL  60603
(312) 739-4200

**CERTIFICATE OF SERVICE**

      I, Heather Kolbus, certify that on June 21, 2017, I caused a true and accurate copy of the forgoing document to be filed with the Court's CM/ECF system and to be served via U.S. Mail upon the following party:

Elginex Corporation
c/o Registered Agent, Robert Y. Boules
480 Quail Ridge Drive
Westmont, IL 60559

                                              s/ Heather Kolbus
                                              Heather Kolbus

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Heather Kolbus
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)